**Order filed December 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00951-CV
_____

### IN THE INTEREST OF T.T.A. AKA T.T.A., D.T.S.A. JR. AKA D.T.S.A. JR., D.D.A AKA D.D.A, J.J.A AKA J.J.A, L.D.J. JR. AKA L.D.A. JR., C.D.D. II AKA D.D.D. JR., N. A. B AKA N. B., CHILDREN, Children

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01847J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **December 2, 2013.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM